| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | A Limited Liability Partnership<br>Including Professional Corporations |
| | PAUL S. COWIE, Cal. Bar No. 250131 |
| 3 | pcowie@sheppardmullin.com |
| | JOHN D. ELLIS, Cal. Bar No. 269221 |
| 4 | jellis@sheppardmullin.com |
| | REANNE SWAFFORD-HARRIS Cal. Bar No. 305558 |
| 5 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4109 |
| 6 | Telephone: 415.434.9100 |
| | Facsimile:  415.434.3947 |
| 7 | |
| 8 | Attorneys for Defendant<br>Swift Transportation Co. of Arizona, LLC |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT FRITSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware limited liability company; and, DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02226-JGB-SP<br><br>[San Bernardino Superior Court Case No. CIVDS1518012]<br><br>**DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA LLC'S NOTICE OF NINTH CIRCUIT GRANT OF PETITION FOR PERMISSION TO APPEAL**<br><br>Complaint Filed:  December 10, 2015<br>FAC Filed: January 28, 2016<br>SAC Filed: June 7, 2016<br>TAC Filed: August 30, 2016 |

SMRH:486661409.1

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that on June 11, 2018, the United States Court of Appeals for the Ninth Circuit granted Defendant Swift Transpiration Co. of Arizona permission to appeal this Court's December 7, 2017 "MINUTE Order (1) GRANTING Plaintiff's Motion to Remand (Dkt. No. 14 ); (2) REMANDING the case to state court; and (3) VACATING the December 11, 2017 Hearing (IN CHAMBERS) by Judge Jesus G. Bernal" [Dkt. No. 21] pursuant to a petition filed under 28 U.S.C. § 1453(c) on December 13, 2017. The Ninth Circuit's Order was entered on this Court's docket on June 11, 2018 at Dkt. No. 24.

In accordance with Federal Rule of Federal Procedure 5(d), Defendant pays the required filing fee concurrently with the filing of this notice, thereby perfecting the appeal. *See* FRAP 5 ("Within 14 days after the entry of the order granting permission to appeal, the appellant must…pay the district clerk all required fees…A notice of appeal need not be filed").

Dated: June 18, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ John D. Ellis*
PAUL S. COWIE
JOHN D. ELLIS
REANNE SWAFFORD-HARRIS
Attorneys For Defendant
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

SMRH:486661409.1

-1-

Defendant's Notice of Permission to Appeal