UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    5:17-cv-02226-VAP-KKx                          Date:  October 4, 2021

Title    *Grant Fritsch v. Swift Transportation Co. of Arizona, LLC et al*

Present:  The Honorable:  VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian D. Hefelfinger – VTC | Robert E. Mussig, Jr. |
| Maggie K. Realin – VTC | Lisa R. Brevard - VTC |

**Proceedings:**  Plaintiff's Motion for Preliminary Approval of Class and PAGA Settlement [100]

The Court issues its tentative ruling prior to the hearing.

Case called, and counsel make their appearance.  The Court hears oral argument and takes the matter under submission.  The Court will issue an Order.

|  | 0:05 |
|---|---|
| **Initials of Preparer** | CCH |