# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT FRITSCH, an individual; BILL BARKER, an individual; TAB BACHMAN, and individual; WILLIAM YINGLING, an individual; for themselves and those similarly-situated<br><br>        Plaintiffs,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive.<br><br>        Defendants. | Case No. 5:17-cv-02226 VAP(KKx)<br>*[Removed from: San Bernardino County Case No. CIVDS1518012]*<br><br><u>CLASS ACTION</u><br><br>**JUDGMENT** |

In accordance with the Court's January 4, 2022 order granting final approval to the Parties' class action and PAGA settlement, it is hereby ORDERED, ADJUDGED, AND DECREED, that JUDGMENT is entered in this action as follows:  Plaintiffs Grant Fritsch, Bill Barker, Tab Bachman and William Yingling, the California Labor and Workforce Development Agency, and certified class (defined as all persons employed by Defendant as yard hostlers in California at any time from December 7, 2011 through October 5, 2021) shall take nothing from Defendant except in accordance with the approved settlement and the Court's orders approving the settlement.  No class members are excluded from the certified class as no class members timely and validly requested exclusion from the settlement. Further, all class members remain bound by the approved settlement and this judgment. The Court retains jurisdiction to ensure compliance with the settlement and order approving the settlement.

    This JUDGMENT is a separate document for purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: January 25, 2022

_____
HON. VIRGINIA A. PHILLIPS